# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 22-4609    Caption: United States v. Randy Price

Argument Session For Which You Are Scheduled: 12/5/2023 - 12/8/2023

Dates You Are Available To Argue in the Session (if any):

All

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:

United States v. David Nutter, Case No. 22-4541

Other Relevant Information:

Party(ies) You Represent:

Randy Price

9/15/2023                                s/ Lex A. Coleman
Date                                     Counsel Signature

11/29/2021  SCC