FILED: January 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4609
(2:22-cr-00097-1)

_____

UNITED STATES OF AMERICA

   Plaintiff - Appellant

v.

RANDY PRICE

   Defendant - Appellee

-------------------------------

DISTRICT OF COLUMBIA; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; HAWAII; IDAHO; ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEW JERSEY; NEW MEXICO; NEW YORK; NORTH CAROLINA; OHIO; OREGON; PENNSYLVANIA; RHODE ISLAND; WASHINGTON; THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; EVERYTOWN FOR GUN SAFETY; BRADY; MARCH FOR OUR LIVES

   Amici Supporting Appellant

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties and any amici curiae shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively calendared for oral argument during the next available argument session.

    For the Court

    /s/ Nwamaka Anowi, Clerk