**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 18, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES
_____

No. 22-4609,    <u>US v. Randy Price</u>
                2:22-cr-00097-1

TO:    Illinois
       New York
       Maryland
       United States of America
       New Jersey
       Michigan
       Maine
       Rhode Island
       Delaware
       Washington
       District of Columbia
       Pennsylvania
       Ohio
       Massachusetts
       California
       Brady
       March For Our Lives
       Colorado
       Minnesota
       Oregon
       Idaho
       New Mexico
       North Carolina
       Connecticut
       Everytown for Gun Safety
       Hawaii

      The Commonwealth of the Northern Mariana Islands
      Randy  Price

RESPONSE DUE: 01/22/2024

Response is required to the notice requesting information regarding similar cases on or before 01/22/2024. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

Tony Webb, Deputy Clerk
804-916-2702