FILED: January 29, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4609
(2:22-cr-00097-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellant

v.

RANDY PRICE

   Defendant - Appellee

-------------------------------

DISTRICT OF COLUMBIA; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; HAWAII; IDAHO; ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEW JERSEY; NEW MEXICO; NEW YORK; NORTH CAROLINA; OHIO; OREGON; PENNSYLVANIA; RHODE ISLAND; WASHINGTON; THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; EVERYTOWN FOR GUN SAFETY; BRADY; MARCH FOR OUR LIVES

   Amici Supporting Appellant

_____

O R D E R
_____

This case is scheduled for oral argument on March 20, 2024.

Upon consideration of appellant's unopposed motion to reschedule en banc argument, the court denies the motion.

                                      For the Court

                                      <u>/s/ Nwamaka Anowi, Clerk</u>