FILED: March 5, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 22-4609

(2:22-cr-00097-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellant

v.

RANDY PRICE

       Defendant - Appellee

------------------------------

DISTRICT OF COLUMBIA; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; HAWAII; IDAHO; ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEW JERSEY; NEW MEXICO; NEW YORK; NORTH CAROLINA; OHIO; OREGON; PENNSYLVANIA; RHODE ISLAND; WASHINGTON; THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; EVERYTOWN FOR GUN SAFETY; BRADY; MARCH FOR OUR LIVES

       Amici Supporting Appellant

_____

O R D E R

_____

This case is scheduled for oral argument on March 20, 2024.

The parties are directed to file supplemental briefs specifically addressing the following issue:

> Whether the inquiry into a weapon's "common use" occurs at the first step or second step of the framework articulated in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). In answering that question, the parties are to address who has the burden of establishing a weapon's "common use."

The parties may submit simultaneous briefs, not exceeding ten pages, on or before Tuesday, March 12, 2024.

For the Court

/s/ Nwamaka Anowi, Clerk