UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4609
(2:22-cr-00097-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellant

v.

RANDY PRICE

    Defendant - Appellee

-------------------------------

DISTRICT OF COLUMBIA; CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; HAWAII; IDAHO; ILLINOIS; MAINE; MARYLAND; MASSACHUSETTS; MICHIGAN; MINNESOTA; NEW JERSEY; NEW MEXICO; NEW YORK; NORTH CAROLINA; OHIO; OREGON; PENNSYLVANIA; RHODE ISLAND; WASHINGTON; THE COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS; EVERYTOWN FOR GUN SAFETY; BRADY; MARCH FOR OUR LIVES

    Amici Supporting Appellant

---

CORRECTED ORDER

---

This case is scheduled for oral argument on March 20, 2024.

The parties are directed to file supplemental briefs specifically addressing the following issue:

> Whether the inquiry into a weapon's "common use" occurs at the first step or second step of the framework articulated in *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022). In answering that question, the parties are to address who has the burden of establishing a weapon's "common use."

The parties may submit simultaneous briefs, not exceeding ten pages, on or before Tuesday, March 12, 2024. The parties shall file an electronic version and sixteen paper copies of their supplemental briefs.

For the Court

/s/ Nwamaka Anowi, Clerk